UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60352-CIV-DIMITROULEAS

PETER EDWARDS,

    Plaintiff,

v.

FUTURE MOTION, INC.,

    Defendant.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss or, in the Alternative, Motion for Sanctions due to Plaintiff's Spoliation of Evidence and Request for Oral Argument [DE 35], and the December 22, 2022 Magistrate Judge's Report and Recommendation (the "Report") [DE 45]. The Court notes that no objections to the Report [DE 45] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 45] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 45] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 45] is **ADOPTED** and **APPROVED**; and

2. Defendant's Motion to Dismiss or, in the Alternative, Motion for Sanctions due to Plaintiff's Spoliation of Evidence and Request for Oral Argument [DE 35] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of January, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record
Magistrate Judge Valle